# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| YERVIN KEITH BARNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:21-cv-02068-SHL-atc ) ) |
| FLOYD BONNER, JR., ET AL., | ) ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Pro Se Complaint, (ECF No. 1), filed February 1, 2021,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Modifying the Docket; Dismissing the Amended Complaint with Prejudice; Denying Leave to Amend; Certifying that an Appeal Would Not be Taken in Good Faith; Notifying Barnett of the Appellate Filing Fee; Notifying Barnett of the Court's Strike Recommendation under 28 U.S.C. § 1915(g); and Closing the Case, (ECF No. 15), filed January 24, 2023, Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 24, 2023
Date